# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED:   JUNE 6 , 2008

In the Matter of

PAUL ENGELHARD, Individually,
v.
WYETH CONSUMER HEALTHCARE, LTD., and R. P. SCHERER CORPORATION

Case Number:

08CV3295

JUDGE KENDALL

MAGISTRATE JUDGE KEYS

NF

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WYETH

| | |
|---|---|
| NAME (Type or print) <br> Peter A. Tomaras | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Peter A. Tomaras | |
| FIRM <br> Wildman, Harrold, Allen & Dixon LLP | |
| STREET ADDRESS <br> 225 West Wacker Drive, Suite 3000 | |
| CITY/STATE/ZIP <br> Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6180423 | TELEPHONE NUMBER <br> (312) 201-2000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |