THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED: JUNE 6, 2008
08CV3295
JUDGE KENDALL
MAGISTRATE JUDGE KEYS
NF

PAUL ENGELHARD, )
        Plaintiff, )
        v. ) CASE NO.
WYETH CONSUMER HEALTHCARE, LTD., )
and R. P. SCHERER CORPORATION, )
        Defendant. )

### DEFENDANT WYETH'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Wyeth, on behalf of Wyeth Consumer Healthcare, Ltd., a division of Wyeth, hereinafter referred to as "Wyeth", makes the following disclosures:

(i)    Wyeth does not have a parent company; and

(ii)   No publicly held company owns 10% or more of Wyeth's stock.

DATED:   June 6, 2008.

**WYETH**

By:   s/ Peter A. Tomaras
       One of Its Attorneys

Peter A. Tomaras (ARDC #6180423)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606
(312) 201-2000
(312) 201-2555 (fax)
tomaras@wildmanharrold.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 6, 2008, a copy of the foregoing was filed with the Clerk of the Court for the Northern District of Illinois and will send notification of such filing to be placed in the U.S. Mail at 225 West Wacker Drive, Chicago, Illinois, on June 6, 2008, addressed to attorneys of record.

Kent A. Heitzinger
1056 Gage Street
Suite 200
Winnetka, IL  60093

s/ Peter A. Tomaras